## PECK v. STEPHENS *et al.*

### No. 4417. Opinion Filed February 11, 1913.

#### (130 Pac. 276.)

**APPEAL AND ERROR**—Case-Made—Failure to File. The case-made, or a copy thereof, not having been filed with the papers in the case in the court below, is a nullity, and cannot be considered in this court for the purpose of reviewing matters complained of in the trial court.

(Syllabus by the Court.)

*Error from District Court, Stephens County;*
*Frank M. Bailey, Judge.*

Action between P. H. Peck and Dan Stephens and others. From the judgment, Peck brings error. Dismissed.

*H. B. Lockett,* for plaintiff in error.

*Wilkinson, Morris & Speer,* for defendants in error.

DUNN, J.  The sufficiency of the purported case-made in the above-entitled proceeding in error, to support the petition in error, is challenged in a motion to dismiss on the ground, among others, that neither the case-made nor a certified copy thereof was filed in the office of the clerk of the district court. The order from which the appeal was sought to be taken was rendered on the 1st day of April, 1912.

The motion must be sustained; the rule being that the case-made, or a copy thereof, must be filed with the papers in the case in the court below, or it is a nullity, and cannot be considered in this court for the purpose of, reviewing matters complained of in the trial court.  See *Abbott v. Rodgers, ante,* 128 Pac. 908, and cases cited therein.

All the Justices concur.